# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:94MJ212-DSC |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| LINH TRUONG HUYNH | ) | |

Pending before the Court is the Government's Motion to Dismiss. The Government moves to dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, which provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."

The Court **GRANTS** the Government's Motion to dismiss without prejudice the Complaint in this case.

The Court **DIRECTS** the Clerk to certify copies of this Order to the United States Probation Office, the United States Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: May 11, 2012

_____
David S. Cayer
United States Magistrate Judge